**No. 66921.**—William Kenyon & Sons (America), Ltd., et al. *v.* United States, protests 242592–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of nylon spindle tape similar in use to cotton spindle banding, the claim of the plaintiffs was sustained.